66 A.3d 765

The PENNSYLVANIA WORKERS' COMPENSATION JUDGES PROFESSIONAL ASSOCIATION, Ada Guyton, Carl Lorine, Todd Seelig, Susan Kelley and Nancy Goodwin, Appellants

v.

EXECUTIVE BOARD OF the COMMONWEALTH of Pennsylvania, Governor Tom Corbett, George Greig, Michael Consedine, Sheri Phillips, Barry Schoch, Ronald Tomalis, Daniel Meuser and the Department of Labor and Industry of the Commonwealth of Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

May 21, 2013.

*ORDER*

PER CURIAM.

AND NOW, this 21st day of May, 2013, the order of the Commonwealth Court is **AFFIRMED.**